

# MOORE & ASSOCIATES

LYRIC CENTRE
440 LOUISIANA, STE. 1110 HOUSTON, TEXAS 77002
TEL.: (713) 222-6775  FAX: (713) 222-6739
CURT@MOOREANDASSOCIATES.NET
WWW.MOOREANDASSOCIATES.NET

October 1, 2021

*Via Electronic Filing*

Mr. Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

    Re:   *McKnight v. Helix Energy Sols. Gp., Inc.*,
           No. 21-20109 (5th Cir. filed Mar. 1, 2021)

Dear Mr. Cayce:

In accordance with Fed. R. App. P. 28(j), Plaintiffs-Appellants McKnight, Fruge and Belhumeur submit this Court's recent decision in *Adams v. All Coast, L.L.C.*, ___ F.4th ___, 2021 U.S. App. LEXIS 29559 (5th Cir. Sep. 30, 2021).

In *Adams*, this Court reaffirmed, for the second time this year, that that the Department of Labor's twenty-percent rule (described in 29 C.F.R. § 783.37) applies in determining whether a worker is exempt from the maximum hour requirements of the FLSA as seaman. *Id*. at *26-*27. In doing so, the *Adams* court rejected the argument advanced by the employer and the amici that the rule was unworkable because it would require a "meal-by-meal evaluation of who the cooks are feeding and on what duties each crewmember had at any given meal."[1] That is exactly—nearly word for word—the

---

[1] *See*, Br. of Amici Curiae, Offshore Marine Serv. Ass'n & Nat'l Ocean Indus. Ass'n in Support of Applicant for Reh'g En Banc, *Adams v. All Coast, L.L.C.*, No. 19-30907, Doc. No. 515799315 (5th Cir. Mar. 29, 2021).

same argument that Helix makes vis-à-vis the twenty-percent rule. (*See*, Helix's Br. at 23-28.)

Thus the analysis in *Adams* supports McKnight's, Fruge's and Belhumeur's argument that the twenty-percent rule (described in 29 C.F.R. § 783.37) applies in determining whether they are exempt from the maximum hour requirements of the FLSA as seaman.

Respectfully,

s/ Curt Hesse

Curt Hesse

Mr. Lyle W. Cayce, Clerk of the Court
October 1, 2021
Page 3 of 6

## CERTIFICATION REGARDING PRIVACY REDACTIONS

    As required by 5th Cir. R. 25.2.13 and the ECF Filing Standards for the United States Court of Appeals for the Fifth Circuit, I certify that all required privacy redactions have been made.



s/ Curt Hesse
Curt Hesse

Mr. Lyle W. Cayce, Clerk of the Court
October 1, 2021
Page 4 of 6

## CERTIFICATION REGARDING ELECTRONIC SUBMISSION

As required by 5th Cir. R. 25.2.1 and the ECF Filing Standards for the United States Court of Appeals for the Fifth Circuit, I certify that the electronic submission of this document is an exact copy of the paper document and that it has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.



s/ Curt Hesse
Curt Hesse

Mr. Lyle W. Cayce, Clerk of the Court
October 1, 2021
Page 5 of 6

## CERTIFICATE OF SERVICE

As required by Fed. R. App. P. 25(b) and 5th Cir. R. 25.2.5, I certify that I served a copy of this document on all parties or their counsel of record—who are listed below—in accordance with Fed. R. App. P. 25(c) as follows:

>Mr. M. Carter Crow
>carter.crow@nortonrosefulbright.com
>NORTON ROSE FULBRIGHT US LLP
>Fulbright Tower
>1301 McKinney, Suite 5100
>Houston, Texas 77010
>Facsimile: (713) 651-5246
>*Counsel for Appellee Helix Energy Solutions Group, Incorporated*
>
>☐ personal delivery
>☐ mail
>☐ third-party commercial carrier
>☐ electronic means
>☒ CM/ECF system

| October 1, 2021 | s/ Curt Hesse |
|---|---|
| Date | Curt Hesse |

Mr. Lyle W. Cayce, Clerk of the Court
October 1, 2021
Page 6 of 6

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 28(a)(10), 28(j), 32(g)(1) and 5th Cir. R. 32.3, I certify that this document complies with the:

1. type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):
   - ☒ this document contains two hundred fifty-five (255) words, or
   - ☐ this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2. typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:
   - ☒ this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Williams Caslon Text font (12-point Williams Caslon Text font for footnotes in accordance with 5th Cir. R. 32.1), or
   - ☐ this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

s/ Curt Hesse
Curt Hesse